IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BONNA CANNON and MATTHEW WHITNEY, individually and as natural parents of C.W., a minor, | ) ) ) | |
| | ) | NO.  CV -09-3066- LRS |
| Plaintiffs, | ) ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| JBS USA, LLC d/b/a "JBS Swift & Company," a foreign corporation, | ) ) ) | |
| Defendant. | ) ) | |

## **STIPULATION**

All the parties hereto, by and through their respective attorneys of record, hereby stipulate to the following:

STIPULATION AND ORDER OF DISMISSAL- 1

**MARLER CLARK, L.L.P., P.S.**
**Attorneys at Law**
**701 Fifth Avenue, Suite 6600**
**Seattle, Washington  98104**
**Tel.  (206) 346-1888**
**Fax  (206) 346-1898**

1  (1)   All claims asserted by all parties to this action should be dismissed, without prejudice, and without award of costs to any party, so that the parties may pursue settlement;

(2)   This stipulation may be executed in one or more counter-parts, each of which shall constitute one and the same instrument, and which shall be binding and enforceable as if all parties had executed the same documents; and

(3)   The proposed order of dismissal subjoined hereto may be presented to and entered by the court ex parte.

RESPECTFULLY SUBMITTED this 7th day of December, 2009.

| | |
|---|---|
| *s/David A. Ernst* | *s/Denis W. Stearns* |
| David A. Ernst, WSBA #19632 | Denis W. Stearns, WSBA #22004 |
| Bullivant Houser Bailey PC | R. Drew Falkenstein, WSBA #33401 |
| Attorneys for Defendant JBS USA, LLC | Marler Clark, LLP, PS |
| 300 Pioneer Tower | 701 Fifth Avenue, Suite 6600 |
| 888 SW Fifth Avenue | Seattle, WA  98104 |
| Portland, Oregon 97204-2089 | Phone 206.346.1888 |
| Phone:  503-228-6351 | Fax 206.346.1898 |
| Fax:  503-295-0915 | dstearns@marlerclark.com |
| Email:  dave.ernst@bullivant.com | dfalkenstein@marlerclark.com |
| | Attorneys for Plaintiffs |

Alan M. Maxwell
Charles L. Clay
Weinberg Wheeler Hudgins Gunn & Dial, LLC

STIPULATION AND ORDER OF DISMISSAL- 2

MARLER CLARK, L.L.P., P.S.
Attorneys at Law
701 Fifth Avenue, Suite 6600
Seattle, Washington  98104
Tel.  (206) 346-1888
Fax  (206) 346-1898

| | |
|---|---|
| 1 | Attorneys for Defendant JBS USA, LLC |
| 2 | 950 East Paces Ferry Road NE, Suite 3000 |
| 3 | Atlanta, GA  30326 |
| 4 | amaxwell@wwhgd.com |
| | cclay@wwhgd.com |
| 5 | Attorneys for Defendant JBS USA, LLC |
| 6 | Admitted *Pro Hac Vice* |

# **ORDER**

This matter having come before the court as stipulated by and between the parties, and the court having read the stipulation and being thereby fully advised:

Now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that all claims asserted by all parties to this action, are hereby dismissed, without prejudice, and without award of costs to any party.

DATED this _____ of December, 2009.

BY THE COURT

By: _____
The Honorable Lonny R. Suko
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL- 3

**MARLER CLARK, L.L.P., P.S.**
**Attorneys at Law**
**701 Fifth Avenue, Suite 6600**
**Seattle, Washington  98104**
**Tel.  (206) 346-1888**
**Fax  (206) 346-1898**

1  Presented by:

2  *s/Denis W. Stearns*

3  Denis W. Stearns, WSBA #22004
   R. Drew Falkenstein, WSBA #33401

4  Attorneys for Plaintiffs Whitney and Cannon
   Marler Clark, LLP, PS

5  701 Fifth Avenue, Suite 6600
   Seattle, WA  98104

6  Phone 206.346.1888

7  Fax 206.346.1898
   dstearns@marlerclark.com

8  dfalkenstein@marlerclark.com

9  Copy received; approved as to form; and
   Notice of Presentation waived:

10

11 *s/David A. Ernst*
   David A. Ernst, WSBA #19632

12 Bullivant Houser Bailey PC
   300 Pioneer Tower

13 888 SW Fifth Avenue
   Portland, Oregon 97204-2089

14 Phone:  503-228-6351

15 Fax:  503-295-0915
   Email:  dave.ernst@bullivant.com

16 Attorneys for Defendant JBS USA, LLC

17 Alan M. Maxwell
   Charles L. Clay

18 Weinberg Wheeler Hudgins Gunn & Dial, LLC
   950 East Paces Ferry Road NE, Suite 3000

19 Atlanta, GA  30326
   amaxwell@wwhgd.com

20 cclay@wwhgd.com

21 Attorneys for Defendant JBS USA, LLC
   Admitted *Pro Hac Vice*

STIPULATION AND ORDER OF DISMISSAL- 4

MARLER CLARK, L.L.P., P.S.
Attorneys at Law
701 Fifth Avenue, Suite 6600
Seattle, Washington  98104
Tel.  (206) 346-1888
Fax  (206) 346-1898