UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BONNA CANNON and MATTHEW WHITNEY, individually and as natural parents of C.W., a minor, | ) ) ) ) | NO.  CV-09-3066-LRS |
| Plaintiffs, | ) ) | ORDER OF DISMISSAL |
| -vs- | ) ) | |
| JBS USA, LLC d/b/a "JBS Swift & Company," a foreign corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the parties "Stipulation and Order of Dismissal," which was filed with the Court on December 7, 2009 (Ct. Rec. 13), it is hereby,

**ORDERED, ADJUDGED, and DECREED** that the above-titled case be dismissed without prejudice and without award of costs to any party and the file be CLOSED in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of December, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL